ORLANDO GERVASI, TRUSTEE, ET AL. *v.* TOWN PLAN
AND ZONING COMMISSION OF THE TOWN
OF WOODBRIDGE

The defendant's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*William J. Cousins,* in support of the petition.

*John J. Resnik,* in opposition.

Submitted May 14—decided June 18, 1975

JODY EL IDRISSI *v.* RACHID EL IDRISSI

The defendant's motion for a review of the trial referee's orders dated February 18, and April 4, 1975, in the appeal from the Superior Court for the judicial district of Waterbury is granted and the relief requested therein is denied.

*Edward D. Cosden, Jr.,* in support of the motion.

*Michael A. Meyers,* in opposition.

Submitted May 30—decided June 18, 1975

SHAKESPEARE COMMUNITY DEVELOPMENT
CORPORATION *v.* THE ZONING COMMISSION
OF THE TOWN OF SOUTHBURY

The plaintiff's petition for certification for appeal from the Court of Common Pleas for the judicial district of Waterbury is denied.

*Leonard M. Cocco,* in support of the petition.

*James H. W. Conklin II,* in opposition.

Submitted June 5—decided June 18, 1975